IN RE WALKER.

**[Cite as *In re Walker* (2001), 93 Ohio St.3d 211.]**

(No. 01–445—Submitted July 17, 2001—Decided September 19, 2001.)

———————

The motion for this court to reconsider its judgment denying a discretionary appeal in *In re Walker* (2001), 91 Ohio St.3d 1536, 747 N.E.2d 833, is granted.

The discretionary appeal is allowed.

The judgment of the court of appeals is vacated, and the cause is remanded for consideration of *In re Anderson* (2001), 92 Ohio St.3d 63, 748 N.E.2d 67.

M OYER, C.J., D OUGLAS, R ESNICK, F.E. S WEENEY, P FEIFER and L UNDBERG S TRATTON, JJ., concur.

C OOK, J., dissents.

———————

*David H. Bodiker,* State Public Defender, and *Felice Harris,* Assistant Public Defender, for appellant.

*Michael K. Allen,* Hamilton County Prosecuting Attorney, and *Thomas J. Boychan, Jr.,* Assistant Prosecuting Attorney, for appellee.

